OPINION — AG — PRIOR TO THE EFFECTIVE DATE OF SENATE BILL NO. 458 ENACTED IN THE SECOND REGULAR SESSION OF THE THIRTY FOURTH LEGISLATURE, THERE IS NO REQUIREMENT CONTAINED IN 36 O.S. 1976 Supp., 311.2 [36-311.2] THAT A DOMESTIC INSURER INCLUDE CONTINGENT LIABILITIES IN ITS STATEMENT OF FINANCIAL CONDITION. (COMMINTENTS TO LOAN, BORROWERS OR LENDERS MADE DURING THE QUARTER REPORTED) CITE: OPINION NO. 74-156 (WILLIAM DON KISER)